Charles B. Brown, Respondent, v. Paul A. English and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, unless plaintiff shall, within sixty days after filing the order herein, give a bond as additional security upon the attachment in the sum of $3,000. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Fannie Cary, Named in Summons and Complaint Herein as Fannie Ritter, Appellant, v. Robert Given, Jr., Respondent.— Order reversed, with ten dollars costs and disbursements, on the ground of laches in applying for the amendment, and motion denied, with ten dollars costs. Jenks, Burr, Thomas and Rich, JJ., concurred; Carr, J., dissented.

Anthony Clinchy, Appellant, v. Daniel D. Brown and J. William Greenwood, as Executors, etc., of Rachel Clinchy, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Louis Ehrenberg and Bertram N. Manne, Respondents, v. James Rogers, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ.

Moses Ginsberg, Respondent, v. Bernard Ratkowsky, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Burr, Thomas and Rich, JJ., concurred.

Anton Glazer, as Administrator, etc., of Andrew Glazer, Deceased, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Carr, JJ.

Samuel Goldberg, Appellant, v. Solomon Feinberg, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ.

Frank A. Green, Appellant, v. Nathan Topol, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Alfred A. Hevia, Respondent, v. Charles Katz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Mabel O. Holdridge, as Assignee, etc., of Edgar P. Holdridge, Respondent, v. Ursulina Goebler, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.